■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY MAGISTRO, Appellant.—Judgment unanimously modified on the law and as modified affirmed, in accordance with the following memorandum: The People concede that the trial court erred by imposing consecutive one-year terms of impris-

onment and $500 fines for each of defendant's convictions of aggravated unlawful operation of a motor vehicle in the first degree (Vehicle and Traffic Law § 511 [3] [a]) and driving while intoxicated (Vehicle and Traffic Law § 1192 [3]; *see,* Penal Law § 70.25 [2]; § 80.15; *People v Grader,* 142 AD2d 997). Defendant's sentences are modified to run concurrently and the fine imposed for aggravated unlawful operation of a motor vehicle in the first degree is vacated. (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J.—aggravated unlawful operation of motor vehicle, first degree.) Present—Callahan, J. P., Boomer, Green, Pine and Lawton, JJ.